√#109    #128152

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2009 DEC 14 PM 2: 26

U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In re:  SPEAKER, TRIS R                     Case No. 08-34572

SPEAKER, CAROL S

Judge Mary Ann Whipple

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank, dba Linens N Things | 25 SE 2nd Ave., Ste 1120<br>Miami, FL 33131 | $1.41 |

Check for $1.41 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  12/11/09

cc:
Office of the U.S. Trustee